UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

CIVIL ACTION NO. 7:08-CV-59-KKC

THOMAS MARMOLEJOS                                                             PETITIONER

VS:                                    **JUDGMENT**

MICHAEL B. MUKASEY, ET AL.                                              RESPONDENT

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

(1) Thomas Marmolejos is currently confined in the United States Penitentiary-Big Sandy ("USP-Big Sandy") which located in Inez, Kentucky, has submitted a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

(2) The named respondents are Michael B. Mukasey, United States Attorney General, and Hector Rios, the Warden of USP-Big Sandy.

(3) The petition for a writ of habeas corpus [Record No. 2] is **DENIED.**

(4) This action is **DISMISSED WITH PREJUDICE**.

(5) Judgment **IS ENTERED** in favor of the respondents.

(6) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(7) The Court certifies that any appeal would not be taken in good faith. 28

U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

(8)    This matter [08-CV-59-KKC]  **IS STRICKEN** from the active docket.

Dated this 16th day of April, 2008.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge